

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00406-CV

**IN THE INTEREST OF C.M.**, A.U.A., C.A.G., and J.A.M.

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01521
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 2, 2013.

Sandee Bryan Marion, Justice